IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
FRANCISCO PASCUAL BARTOLO-PEDRO )
     Petitioner,                 )
                                 )
v.                               )
                                 )    C.A. No. B-97-282
JANET RENO, ATTORNEY GENERAL,    )
et al.,                          )
     Respondents.                )
_____)
```

United States District Court
Southern District of Texas

DEC 30 1998
ENTERED
Michael N. Milby, Clerk of Court

## ORDER

Upon consideration of the parties' agreement that claims 1 and 2 (consisting of constitutional challenges against the expedited removal procedures of section 235 of the Immigration and Nationality Act) of Petitioner's complaint should be dismissed, the Court finds that Petitioner's motion for voluntary dismissal of claims 1 and 2 should be GRANTED and that such dismissal shall be with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. It is therefore,

ORDERED, ADJUDGED AND DECREED that claims 1 [due process violation] and 2 [equal protection challenge] of Petitioner's complaint is DISMISSED with prejudice.

This is a final Order.

Done this 30TH day of DECEMBER, 1998, in Brownsville, Texas.

_____
Filemon B. Vela
UNITED STATES DISTRICT JUDGE