*16*

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**APR 2 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **FRANCISCO PASCUAL** | § | |
| **BARTOLO-PEDRO** | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | **Civil Cause No. B-97-282** |
| | § | |
| **JANET RENO,** | § | |
| **ATTORNEY GENERAL** | § | |
| et al. | § | |
| Respondent. | § | |

## ORDER

Before this Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action.  After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 30, 1998 should be and is hereby ADOPTED.  It is further ORDERED that the Defendant's Motion to Dismiss should be and is hereby GRANTED.

DONE this ___27th___ day of April, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge