27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO PASCUAL BARTOLO-PEDRO, § § § | |
| Petitioner § § | |
| v. § | Civil Action No. B-97-282 |
| § § | |
| JANET RENO, ATTORNEY GENERAL, § et al, § § | |
| Respondents § | |

## ORDER

Before this Court is Petitioner, Francisco Pascual Bartolo-Pedro's, Motion to Alter or Amend The Judgment. Having considered such motion, it is the opinion of this Court that said Motion should be and is hereby **DENIED**.

DONE this 13th day of January, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge