IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO PASCUAL BARTOLO-PEDRO )<br>    Petitioner, )<br>                                  )<br>v.                                )<br>                                  )<br>JANET RENO, ATTORNEY GENERAL,    )<br>et al.,                           )<br>    Respondents.                  )<br>_____) | C.A. No. B-97-282 |

### ORDER

Upon consideration Petitioner's Motion for Leave to File Supplementary Memoranda and Respondents' Motion to Strike and Responses to Petitioner's Memoranda Regarding Procedural Due Process and Contract Interpretation in Support of Motion to Amend Judgment, the Court finds that Petitioner's motion should be DENIED and Respondents' motion should be GRANTED. It is therefore,

ORDERED that Petitioner's Motion for Leave to File Supplementary Memoranda is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Respondents' Motion to Strike Petitioner's Memoranda Regarding Procedural Due Process and Contract Interpretation in Support of Motion to Amend Judgment is GRANTED.

This is a final Order.

Done this 13th day of January, in Brownsville, Texas.

Filemon B. Vela
UNITED STATES DISTRICT JUDGE