IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FRANCISCO PASCUAL BARTOLO-PEDRO )
    Petitioner, )
     )
    v. )
     ) C.A. No. B-97-282
JANET RENO, ATTORNEY GENERAL, )
et al., )
    Respondents. )
_____)

## ORDER

Upon consideration of the arguments of Petitioner and Respondents the Court finds that Petitioner's Motion for Leave to File Amended Petition For Writ of Habeas Corpus should be DENIED. It is therefore,

ORDERED, ADJUDGED AND DECREED that Petitioner's Motion for Leave to File Amended Petition For Writ of Habeas Corpus is DENIED.

This is a final Order.

Done this _____ day of _____, in Brownsville, Texas.

_____
Filemon B. Vela
UNITED STATES DISTRICT JUDGE