32

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

U. S. COURT OF APPEALS
**FILED**
DEC 01 2000
CHARLES R. FULBRUGE III
CLERK

No. 00-40292
Summary Calendar

D.C. Docket No. B-97-CV-282

United States District Court
Southern District of Texas
FILED
JAN 25 2001
Michael N. Milby
Clerk of Court

FRANCISCO PASCUAL BARTOLO PEDRO

    Petitioner - Appellant

  v.

E M TROMINSKI, District Director, Immigration and Naturalization Service; JANET RENO, US Attorney General; DORIS MEISSNER, Commissioner of Immigration and Naturalization Service; U S ATTORNEY

    Respondents - Appellees

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: JAN 23 2001

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy   JAN 23 2001

New Orleans, Louisiana